No. 76–816.  HAYDOCK *v.* CALIFORNIA.  App. Dept., Super. Ct. Cal., County of Ventura.  Certiorari denied.

No. 76–847.  TANAKA *v.* UNITED STATES.  Ct. Cl.  Certiorari denied.

No. 76–884.  MARTIN *v.* ELROD.  App. Ct. Ill., 1st Dist. Certiorari denied.

No. 76–1001.  McCARTHY *v.* FEDERAL COMMUNICATIONS COMMISSION ET AL.  C. A. D. C. Cir.  Certiorari denied.

No. 76–1025.  JACOBSON ET AL. *v.* INTERNAL REVENUE SERVICE ET AL.  C. A. 2d Cir.  Certiorari denied.

No. 76–1042.  BETHLEHEM STEEL CORP. *v.* DEPARTMENT OF ENVIRONMENTAL RESOURCES OF PENNSYLVANIA.  Sup. Ct. Pa. Certiorari denied.

No. 76–1083.  DAVISON *v.* IOWA.  Sup. Ct. Iowa.  Certiorari denied.

No. 76–1106.  COPPOLA *v.* FLORIDA.  Ct. App. Fla., 2d Dist. Certiorari denied.

No. 76–1111.  OWENS *v.* ILLINOIS.  Sup. Ct. Ill.  Certiorari denied.

No. 76–1119.  STRONG *v.* HOLDSWORTH ET UX.  C. A. 10th Cir.  Certiorari denied.

No. 76–1128.  FAY *v.* RICHTER.  Ct. App. Ohio, Hamilton County.  Certiorari denied.

No. 76–1228.  SCHMIEDER *v.* HALL, EXECUTOR.  C. A. 2d Cir.  Certiorari denied.